**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

| | |
|---|---|
| In re: Nomination Petition of: | : |
| William Parker as Candidate | : |
| for the Democratic Nomination for | : |
| United States Senator | :    No. 109 M.D. 2024 |
| | : |
| Objection of: Judith Ann Golding | : |
| Baker, Elaine Petrossian, and | : |
| Alexander Rose | : |

## O R D E R

AND NOW, this 13th day of March, 2024, it is ordered that the above-captioned Memorandum Opinion, filed March 7, 2024, shall be designated OPINION and shall be REPORTED.

<br>

**BONNIE BRIGANCE LEADBETTER**
President Judge Emerita